# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DARRYL LLOYD WHITE, AN INDIVIDUAL,<br><br>                    Appellant,<br><br>                    vs.<br><br>MEGHAN LYNN WARD, M.D.; JOHN DOE WARD, HUSBAND AND WIFE, IN THEIR INDIVIDUAL AND CORPORATE CAPACITIES, AND THEIR MARITAL COMMUNITY; MICHELLE DOE, MEDICAL ASSISTANT, IN HER INDIVIUDAL AND CORPORATE CAPACITY; ANTHONY SLONIM, M.D. DR. PH, PRESIDENT AND CHIEF EXECUTIVE OFFICER, RENOWN HEALTH; JANE DOE SLONIM, HUSBAND AND WIFE, IN THEIR INDIVIDUAL AND CORPORATE CAPACITIES, AND THEIR MARITAL COMMUNITY; AND RENOWN SOUTH MEADOWS MEDICAL CENTER,<br><br>                    Respondents. | No. 79289<br><br>**FILED**<br><br>AUG 23 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>        DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to dismiss. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Review of appellant's notice of appeal and docketing statement reveals a jurisdictional defect. As appellant acknowledges in his docketing statement, the challenged order does not resolve appellant's claims against

SUPREME COURT
OF
NEVADA

(O) 1947A

19-35351

Merck & Co. Inc.[1] Accordingly, the order is not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). Appellant asserts that this court has jurisdiction under NRS 703.376. However, that statute is inapplicable here as the underlying matter does not involve the Public Utilities Commission.

As no statute or court rule appears to permit an appeal from the district court's order, *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Lynne K. Simons, District Judge
Darryl Lloyd White
Hall Prangle & Schoonveld, LLC/Las Vegas
Washoe District Court Clerk

---

[1]It also appears that appellant's claims against John Ganser, Director of Renown South Meadows Medical Center and Jane Doe Ganser, husband and wife, in their individual and corporate capacities, and their marital community, may remain pending.